UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ALISON N. TERRY,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO,<br><br>Defendant. | Civil No. 06-CV-1459 JAH (CAB)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY CUT-OFF**<br><br>[Doc. # 17] |
|---|---|

The parties' joint motion to extend the discovery cut-off from July 27, 2007, to and including **August 28, 2007**, is **GRANTED**. All other dates remain the same.

**IT IS SO ORDERED.**

**DATED: July 30, 2007**

_____
CATHY ANN BENCIVENGO
**United States Magistrate Judge**